David Abrams, Attorney at Law
PO Box 3353 Church Street Station
New York, New York 10008
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
District of New Jersey

_____

|  |  |  |
|---|---|---|
| ) | | |
| United States of America ex rel. | ) | |
| GNGH2 Inc., | ) | |
| | ) | |
| Plaintiff-Relator, | ) | |
| | ) | |
| - against - | ) | Index No.: |
| | ) | |
| INNOVA ATLANTIC WH OPERATIONS LLC; | ) | **Complaint** |
| INNOVA GLOUCESTER DEPTFORD BRIDGE | ) | |
| OPERATIONS LLC; | ) | |
| BANNISTER OPERATIONS ASSOCIATES LLC; | ) | |
| OAK HILL OPERATIONS ASSOCIATES LLC; | ) | |
| SHADY ACRES OPERATIONS ASSOCIATES LLC; | ) | |
| LEISURE OPERATIONS LLC; | ) | |
| BREEZY OPERATIONS LLC; | ) | |
| TOPEKA OPERATIONS ASSOCIATES LLC; | ) | |
| WICHITA OPERATIONS ASSOCIATES LLC; | ) | |
| SENIORCARE EMERGENCY MEDICAL | ) | |
| SERVICES INC.; | ) | |
| SENIORRIDE TRANSPORTATION LLC; | ) | |
| INTERGEN HEALTH LLC; | ) | |
| APEX LICENSED HOME CARE AGENCY  LLC; | ) | |
| CFSC MAINTENANCE LLC; and | ) | |
| EDGE PLUS CO ARCHITECTURE LLC; | ) | |
| | ) | |
| Defendants. | ) | |

_____)

Plaintiff-Relator, complaining of the Defendants by its attorney, David Abrams, Attorney

at Law, respectfully sets forth and alleges as follows:

## I.    Nature of the Case

1.    This is a false claims act claim.  The Qui Tam Plaintiff and Relator, GNGH2 Inc.

("Relator"), alleges that the Defendants fraudulently obtained CARES Act disaster relief by

means of fraudulent certifications of eligibility.  As set forth in more detail below, the Defendants in this matter are all affiliates of each other.  Taken together, their size and revenues far exceed the maximum threshold for eligibility for disaster relief.

## II.     Parties

2.      Plaintiff-Relator GNGH2 is a New Jersey corporation.

3.      Defendants INNOVA ATLANTIC WH OPERATIONS LLC; INNOVA GLOUCESTER DEPTFORD BRIDGE OPERATIONS LLC; BANNISTER OPERATIONS ASSOCIATES LLC; OAK HILL OPERATIONS ASSOCIATES LLC; SHADY ACRES OPERATIONS ASSOCIATES LLC; LEISURE OPERATIONS LLC; BREEZY OPERATIONS LLC; TOPEKA OPERATIONS ASSOCIATES LLC; WICHITA OPERATIONS ASSOCIATES LLC; SENIORCARE EMERGENCY MEDICAL SERVICES INC.; SENIORRIDE TRANSPORTATION LLC; INTERGEN HEALTH LLC; APEX LICENSED HOME CARE AGENCY  LLC; CFSC MAINTENANCE LLC; and EDGE PLUS CO ARCHITECTURE LLC; are incorporated entites.

## III.    Jurisdiction and Venue

4.       This Court has jurisdiction pursuant to 31 U.S.C. Section 3732(a) which provides that this type of action may be brought in any district where any one Defendant resides or transacts business.  In this case, Defendant INNOVA ATLANTIC WH OPERATIONS LLC operates a nursing home in Hammonton, New Jersey.

## IV.    Activities of and Relationship Among the Defendants

5.      There is an organization known as Centers Health Care which is owned and controlled by Kenneth Rozenberg and Daryl Hagler (the "CHC Concern").  The CHC Concern owns and operates various nursing homes, medical transportation companies, home health agencies, and

2

other medical providers in the greater New York area as well as in Rhode Island and the Midwest.

6.    The Defendants in this matter all belong to the CHC Concern and therefore are under common ownership and control.

**V.    Background**

7.    Throughout most of 2020, the United States was faced with a large scale outbreak of the virus commonly known as "Coronavirus" and "COVID-19."  (the "Coronavirus Epidemic").

8.    In addition to the Coronavirus Epidemic itself, the United States was faced with large scale outbreaks of panic and hysteria as a result of the Coronavirus Epidemic.

9.    All of the above has resulted in major economic disruption and as a result Congress enacted the Coronavirus Aid, Relief, and Economic Security Act, commonly known as the "CARES Act."

10.    The CARES Act contains a provision which permitted qualifying business which were affected by the foregoing disruption to obtain forgivable disaster relief.

11.    Each of the Defendants herein applied for and received such funding as follows:

| Party | Date | Amount |
|---|---|---|
| INNOVA ATLANTIC WH OPERATIONS LLC | 4/14/2020 | $1,583,852 |
| INNOVA ATLANTIC - Second Round | 3/12/2021 | $1,556,560 |
| INNOVA GLOUCESTER DEPTFORD BRIDGE OPERATIONS LLC | 4/13/2020 | $1,825,573 |
| INNOVA GLOUCESTER - Second Round | 4/14/2021 | $1,825,575 |
| BANNISTER OPERATIONS ASSOCIATES LLC | 4/15/2020 | $1,395,559 |
| BANNISTER OPERATIONS - Second Round | 3/12/2021 | $1,395,559 |
| OAK HILL OPERATIONS ASSOCIATES LLC | 4/12/2020 | $1,183,400 |

| | | |
|---|---|---|
| SHADY ACRES OPERATIONS ASSOCIATES LLC | 4/13/2020 | $467,900 |
| SHADY ACRES OPERATIONS - Second Round | 3/13/2021 | $467,932 |
| LEISURE OPERATIONS LLC | 4/9/2020 | $1,077,595 |
| BREEZY OPERATIONS LLC | 4/9/2020 | $346,600 |
| TOPEKA OPERATIONS ASSOCIATES LLC | 4/14/2020 | $824,482 |
| WICHITA OPERATIONS ASSOCIATES LLC | 4/14/2020 | $828,517 |
| SENIORCARE EMERGENCY MEDICAL SERVICES INC. | 5/21/2020 | $7,317,410 |
| SENIORRIDE TRANSPORTATION LLC | 4/11/2020 | $1,220,680 |
| INTERGEN HEALTH LLC | 5/19/2020 | $7,387,050 |
| APEX LICENSED HOME CARE AGENCY  LLC | 4/15/2020 | $209,605 |
| CFSC MAINTENANCE LLC | 4/14/2020 | $291,997 |
| CFSC MAINTENANCE -- Second Round | 3/20/2021 | $136,128 |
| EDGE PLUS CO ARCHITECTURE LLC | 4/14/2020 | $257,440 |
| Total: | | $31,599,414 |

12.    With a few inapplicable exceptions, the eligibility rules require that all affiliated and related entities be considered in determining whether a business qualifies for such loans.

13.    Looking at the Defendants as a whole, the Defendants had far more than the maximum assets, payroll size, and revenue for qualification.

14.    Thus, the Defendants necessarily made false statements when they executed SBA Form 2483 stating as follows:

> The Applicant is eligible to receive a loan under the rules in effect at the time this application is  submitted that have been issued by the Small Business Administration (SBA) implementing the Paycheck Protection Program under Division A,Title I of the

Coronavirus Aid, Relief, and Economic SecurityAct (CARES Act) (the Paycheck Protection Program Rule).

15.    These statements would have been made shortly before the dates set forth above.  As a result of these statements, the Defendants received substantial funds to which they would not otherwise have been entitled.

## VI.    (Count I)  Violation of the False Claims Act

16.    The False Claims Act imposes liability on a person or entity who " knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim"  31 U.S.C. Section 3729(a)(1)(B)

17.    The Courts have held that this can include false statements regarding eligibility to participate in a program.  See *United States ex rel. Kirk v. Schindler Elevator Corp*.,  601 F.3d 94, 116 (2d Cir. 2010), rev'd on other grounds, 131 S.Ct. 1885 (2011) ("[C]laims may be false even though the services are provided as claimed if, for example, the claimant is ineligible to participate in the program.")

18.    Thus, the Defendants' certifications of eligibility violated the False Claims Act because they were false and required for eligibility for disaster relief.

## VII.    Relief Sought

19.    On behalf of the government, Relator is seeking judgment for  the triple damages and civil penalties set forth in 31 U.S.C. Section 3729.

20.     The Defendants received at least approximately $31,599,414 in disaster relief as a result of the certifications set forth above.

21.     Accordingly, Relator seeks judgment in the amount of  $94.7 million against the

Defendants and in favor of the United States, together with costs, interest, civil penalties, an

appropriate qui tam award, and such other and further relief as the Court deems just.

                              Respectfully submitted,


                              _____

                              David Abrams, Attorney at Law
                               Attorney for Relator
                              GNGH2 Inc.

                              PO Box 3353 Church Street Station
                              New York, NY 10008
                              Tel. 212-897-5821
                              dnabrams@gmail.com

Dated: New York, NY
        October 25, 2021